# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KARDEN CONSTRUCTION SERVICES, INC., | : | No. 602 MAL 2019 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRIAN D'AMICO, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.